UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-20120-Moreno

UNITED STATES OF AMERICA

vs.

NOE GODOY-ESQUIVEL,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **NOE GODOY-ESQUIVEL**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that in 2013 and 2014, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy, in 2013, the Defendant met with other co-conspirators in Guatemala to discuss obtaining a multi-hundred kilogram load of cocaine from Colombia, receiving the load in Guatemala, and then transporting the cocaine to Mexico for re-sale to the Sinaloa Cartel.

In February 2014, a co-conspirator of the Defendant was arrested in Guatemala City, Guatemala and 500 kilograms of cocaine, which the co-conspirator was transporting in accordance

1



with the plan discussed during the meetings noted above, was seized by law enforcement authorities in Guatemala. The cocaine was found hidden inside false panels of the truck.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11-12-19        By: _____
                           WALTER M. NORKIN
                           ASSISTANT UNITED STATES ATTORNEY

Date: 11-11-19        By: _____
                           DANIEL FORMAN, ESQ.
                           ATTORNEY FOR DEFENDANT

Date: 11-11-19        By: _____
                           NOE GODOY-ESQUIVEL
                           DEFENDANT